UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 11-130 (SRC) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| ATIF MALIK, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

  This matter having come before the Court on Defendant's Motion for Reduction of Sentence [docket item # 40]; and

  **IT APPEARING** that Federal Rule of Criminal Procedure 35, which governs the correction or reduction of a sentence, applies to the instant motion; and it further

  **APPEARING** that Rule 35(b) provides that the government may move for a reduction of sentence for substantial assistance provided by the defendant in investigating or prosecuting another person; and it further

  **APPEARING** that Rule 35 does not contemplate motions for the reduction of a sentence filed by a defendant; and it further

  **APPEARING** that Defendant has no standing under Rule 35 to obtain the relief sought;

  For the foregoing reasons,

  **IT IS** on this 28th day of January 2013,

**ORDERED** that Defendant's Motion For Reduction of Sentence [docket item # 40] be and hereby is **DENIED**.

 s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.
